Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 11–30204–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Sandor Lengyel | Patricia Lengyel |
| 1301 1st Ave | 1301 1st Ave |
| Toms River, NJ 08757 | Toms River, NJ 08757 |

Social Security No.:
    xxx–xx–5130                                                    xxx–xx–5863

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: December 13, 2016             Michael B. Kaplan
                                     Judge, United States Bankruptcy Court